IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN TRAVENIA,

        Plaintiff,                                  No. CIV S-06-2498 MCE GGH PS

        vs.

WOODLAND CITY, et al.,                          ORDER

        Defendants.

_____/

        Pursuant to this court's "Order Requiring Timely Service and Joint Status Report" filed November 9, 2006, the parties are directed to confer and file, no later than February 23, 2007, a joint status report addressing the following matters:

    (a)  Progress in serving process;

    (b)  Possible joinder of additional parties

    (c)  Expected or desired amendment of pleadings;

    (d)  Jurisdiction and venue;

    (e)  Anticipated motions and their scheduling;

    (f)  The report required by Rule 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

    (g)  Cut-off dates for discovery and law and motion, and dates for pretrial conference and

1  trial;

2  (h)  Special procedures, if any;

3  (i)  Estimated trial time; and

4  (j)  Modification of standard pretrial procedures due to the simplicity or complexity of the

5  proceedings.

6  Upon reviewing the joint status report, the court will issue a scheduling order

7  and/or set a status conference.

8  IT IS SO ORDERED.

9  DATED: 1/29/07                                              /s/ Gregory G. Hollows

10                                                                     _____
                                                                        GREGORY G. HOLLOWS
                                                                        U. S. MAGISTRATE JUDGE

12  GGH5:Trav2498.strpt