IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN TRAVENIA,

        Plaintiff,                CIV S-06-2498 MCE GGH PS

   vs.

WOODLAND CITY, et al.,          <u>ORDER</u>

        Defendants.

_____/

        On January 30, 2007, this court directed the parties to confer and file, no later than February 23, 2007, a joint status report consistent with the requirements of Fed. R. Civ. P. 16. On February 23, 2007, plaintiff filed a declaration stating that she had spoken with opposing counsel, Mr. J. Scott Smith, on the telephone; that Mr. Scott indicated he was ill, had not begun working on the report, had been "playing phone tag" with defendant City of Woodland, and his secretary would "telephone the clerk of this Court regarding the delay in filing the Joint Status Report." Plaintiff stated that she and Mr. Scott "agreed to work on the Status Report next week."

        The January 30, 2007 order of this court was not discretionary. Accordingly, plaintiff and Mr. Scott shall each SHOW CAUSE, separately and in writing, within ten (10) days

\\\\\

\\\\\

1

1  after this order is filed, why sanctions should not be imposed for their respective failure to obey
2  this court's order.
3  DATED: 3/6/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH5:Trav2498.osc