IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN TRAVENIA,

    Plaintiff,                       No. CIV S-06-2498 MCE GGH PS

    vs.

WOODLAND CITY, et al.,                ORDER

    Defendants.

_____/

        On May 14, 2007, plaintiff filed a First Amended Complaint, which she served upon defendant on May 11, 2007.  Defendant has not filed an amended answer nor proof of serving an amended answer upon plaintiff, despite the requirement of Fed. R. Civ. P. 15(a) that the response to an amended pleading be filed within 10 days after service.

        This is not the first time defendant has failed to meet its obligations in this action.  On March 6, 2007, this court issued an order to show cause why sanctions should not be imposed for the parties' failure to meet and confer and file a joint status report.  Defendant did not respond.  The court nonetheless discharged the order to show cause and issued a scheduling order based only upon plaintiff's separate status report.

        Accordingly, defendant is HEREBY ORDERED to show cause in writing, on or before Monday, June 25, 2007, why entry of default should not be made.  Defendant shall also

1  file, by the same deadline, a Proposed Amended Answer, which this court will construe as an
2  Amended Answer provided the order to show cause is discharged.  Additionally, as a
3  consequence of requiring, unnecessarily, the repeated attention of this court on matters that
4  should proceed without court intervention, defendant shall be precluded from filing in this action
5  any motion to dismiss prior to answering.
6          IT IS SO ORDERED.
7  DATED: 6/15/07                              /s/ Gregory G. Hollows

8                                              GREGORY G. HOLLOWS
                                                U. S. MAGISTRATE JUDGE
9
10 GGH5:Trav2498.osc.II