1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KAREN TRAVENIA,

11          Plaintiff,                    No. CIV S-06-2498 MCE GGH PS

12       vs.

13   WOODLAND CITY, et al.,                      ORDER

14          Defendants.

15   _____/

16          On June 15, 2007, this court issued an order to show cause directing defendant to

17   file a proposed Amended Answer and explain why a timely amended answer had not been filed.

18   Defendant timely responded, explaining that the failure timely to file an amended answer was an

19   oversight,[1] and noting that the City has been actively working with plaintiff to assist in the

20   pursuit of her project.[2]

21   \\\\\

22

23
        [1] Counsel notes that while "[i]t is not clear how this occurred," it is possible he failed to
24   learn plaintiff filed a First Amended Complaint due to the disorganization of his office
     remodeling or the overzealous purging of emails.
25
        [2] Counsel notes that he has prepared a Stipulated Request for Dismissal of this action at
26   the request of the attorney now representing plaintiff in the permitting process, and represents
     that "we are progressing forward towards resolution albeit slowly."

                                             1

1    For good cause shown, the court's June 15, 2007 order to show cause is HEREBY

2  DISCHARGED.  The Clerk of Court's designation of the proposed answer as "Defendant's

3  Answer to the First Amended Complaint" shall be so deemed and stand as filed on June 25,

4  2007.[3]

5         IT IS SO ORDERED.

6  DATED: 7/3/07                                      /s/ Gregory G. Hollows

7                                                     GREGORY G. HOLLOWS
                                                      U. S. MAGISTRATE JUDGE
8

9  GGH5:Trav2498.disch.osc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
_____

25      [3]  The court duly notes plaintiff's unavailability June 25, 2007 through July 9, 2007 for
   military training.  However, both parties are reminded of the deadlines set forth in this court's
26  scheduling order filed April 12, 2007.

2