IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN TRAVENIA,

      Plaintiff,                            No. CIV S-06-2498 MCE GGH PS

    vs.

WOODLAND CITY, et al.,                    ORDER

      Defendants.

_____/

        The court hereby schedules for hearing on October 11, 2007, at 10:00 a.m., in Courtroom No. 24, plaintiff's motion to compel discovery filed September 12, 2007.  The Clerk's notice to plaintiff to reschedule the motion shall be disregarded.  Defendant shall file a substantive response to plaintiff's motion on or before Friday, October 5, 2007, and, in addition, show cause why sanctions should not be imposed for defendant's failure to participate in the discovery process in compliance with the Federal Rules of Civil Procedure.  <u>See</u>, e.g., Fed. R. Civ. P. 33, 37.

        IT IS SO ORDERED.

DATED: 9/24/07                                      /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    U. S. MAGISTRATE JUDGE

GGH5:Trav2498.disc