1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN TRAVENIA,

      Plaintiff,                           No. CIV S-06-2498 MCE GGH PS

   vs.

WOODLAND CITY, et al.,                ORDER TO SHOW CAUSE

      Defendants.

_____/

        Presently pending on this court's law and motion calendar for December 6, 2007, is defendants' motion for summary judgment filed November 5, 2007. Fed. R. Civ. P. 56. Plaintiff has not filed an opposition, which was due November 19, 2007, nor otherwise communicated with the court; service of an opposition upon defendants was to be made on or before November 16, 2007. See E. D. Cal. L. R. 78-230(c) (opposition must be filed 14 or more days before the scheduled hearing date and, if service is made by mail, served upon the opposing party at least 17 days before the hearing).

        Plaintiff's failure to oppose defendants' motion may be construed as acquiescence thereto. E. D. Cal. L. R. 78-230(c), 11-110, and 83-183. However, the court has been informed by the parties in other proceedings that a settlement was possible in this case. Accordingly, plaintiff is hereby directed to show cause in writing on or before Monday, December 3, 2007,

1

1 | why she has not filed an opposition to defendants' motion.  If plaintiff does not oppose the
2 | motion or if the parties have reached a settlement, she should so state.  Plaintiff is precluded from
3 | filing a substantive opposition to defendants' motion absent further instruction by this court.
4 |       IT IS SO ORDERED.
5 | DATED: 11/29/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH5:Trav2498.osc.III